UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO.  1:07CR120** |
| | ) | |
| **PLAINTIFF** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| **V.** | ) | |
| | ) | |
| **LUMAE KILGORE,** | ) | **MEMORANDUM OPINION** |
| | ) | **AND ORDER** |
| **DEFENDANT.** | ) | |
| | ) | |

This matter is before the Court upon Magistrate Judge Limbert's Report and Recommendation that the Court ACCEPT Defendant Lumae Kilgore's plea of guilty and enter a finding of guilty against Lumae Kilgore. (Dkt. # 64).

On February 28, 2007, the government filed an indictment against Lumae Kilgore, Kristie Kilgore, Alethia Kilgore, Sierra Kilgore, Angela Garrett, Tracy Patton, and Lena Shaw. (Dkt. #1). On May 31, 2007, this Court issued an order assigning this case to Magistrate Judge George J. Limbert for the purpose of receiving guilty pleas from those defendants who had not yet plead guilty. (Dkt. # 42).

On June 22, 2007, a hearing was held in which Defendant Lumae Kilgore entered a plea of guilty to Count 2 of the indictment, making, uttering, and possessing counterfeit securities of an organization, in violation of 18 U.S.C. § 513(a). Magistrate Judge Limbert received the Defendant's guilty plea and issued a Report and

Recommendation ("R&R") recommending that this Court accept the plea and enter a finding of guilty.  (Dkt. # 64).

Neither party objected to the Magistrate Judge's R&R in the ten days after it was issued.

On *de novo* review of the record, the Magistrate Judge's R&R is adopted. The Defendant was found to be competent to enter a plea.  The Defendant understood her constitutional rights. She is aware of the consequences of entering a plea. There is an adequate factual basis for the plea.  The Court finds that the plea was entered knowingly, intelligently, and voluntarily.  The Defendant's plea of guilty is approved.

Therefore, the Defendant is adjudged guilty of Count 2 in violation of 18 U.S.C. § 513(a).  The sentencing will be held on September 28, 2007 at 10:00 a.m.

**IT IS SO ORDERED**.

> **/s/ Peter C. Economus - September 26, 2007**
> **PETER C. ECONOMUS**
> **UNITED STATES DISTRICT JUDGE**